AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Adam Mbundure | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv489 |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Friedman & MacFadyen, P.A.
c/o Samuel J. Kaufman, Registered Agent
Owen & Owens, PLC
15521 Midlothian Turnpike, Suite 300, Midlothian, VA

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
Name of clerk of court

Date: JUL 28 2011

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

SAMUEL J. KAUFMAN

(804) 594-1911
(804) 594-0455  *fax*
(804) 301-7585  *mobile*

SKAUFMAN@OWENOWENS.COM

15521 Midlothian Turnpike
SUITE 300
MIDLOTHIAN, VA 23113

## AUTHORIZATION
## PURSUANT TO CODE OF VIRGINIA, SECTION 13.1-637A or 13.1-766A

Samuel J. Kaufman is registered agent for Freidman & MacFayden PC . Pursuant to Code of Virginia, Section 13.1637A or 13.1-766A, Samuel J. Kaufman, as registered agent, does hereby designate Lori W. Owen as the person in the office of Owen & Owens PLC, the law firm of Samuel J. Kaufman, Esquire, upon whom service of process, notice or demand can be served in lieu of services on Samuel J. Kaufman, as the registered agent.

_____6/10/10_____  _____
Date                                Samuel J. Kaufman


COMMONWEALTH OF VIRGINA
COUNTY OF CHESTERFIELD, to-wit:

The foregoing instrument was acknowledged before me this 10th day of June, 2010 by Samuel J. Kaufman, Esquire at Owen & Owens PLC.

My Commission Expires: 3|31|2011

_____
Notary Public

**The Marston Agency, Inc.** 08/04/11
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Adam Mbundure | **Court:** | United States District Court |
| **Defendant:** | Friedman & MacFadyen, P.A., et al | **Case:** | 3:11cv489 |
| **Serve:** | Friedman & MacFadyen, P.A. c/o Samuel J. Kaufman, R/A 15521 Midlothian Tpke., Ste. 300 Midlothian, VA 11111 | **Return Date:** **Time:** | |
| **Contact:** | Dale W. Pittman 112 - A West Tabb Street Petersburg, VA 23803 | **Phone:** | (804) 861-6000 |

**Type(s) of Writ(s)**                                                          paper:1335096

Summons and Complaint

Witness/Defendant Friedman & MacFadyen, P.A. was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _____TMarston_____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 8-9-11        Served Time: 1429

_____
Signature of Process Server

**Notary**
State of: Virginia        County/City of: Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this _10_ day of Aug/Sep 20_11_

Notary Public: _____

Type of Service: A    Auth Attempts: 1    Order: 243016    1 Day Rush: No    2 Day Rush: No

| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

[Notary Seal: VICKY R. MARSTON, NOTARY PUBLIC, REG # 237199, MY COMMISSION EXPIRES 12/31/2013, COMMONWEALTH OF VIRGINIA]

Mrs. Owen
per Attached w/[illegible]