AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Adam Mbundure | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv489 |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Johnie R. Muncy
c/o Friedman & MacFadyen, P.A.
1601 Rolling Hills Drive
Surry Building, Suite 125, Richmond, VA 23229

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

Date: JUL 28 2011

Name of clerk of court

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Johnie R Muncy__
was received by me on *(date)* __8-8-11__ .

☒ I personally served the summons on the individual at *(place)* __1601 Rolling Hills Dr.,__
__Richmond, VA 23229__ on *(date)* __8-8-11__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8-8-11__

_____
*Server's signature*

__E L Tutwiler, PPS__
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

08/04/11

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Adam Mbundure | **Court:** | United States District Court |
| **Defendant:** | Friedman & MacFadyen, P.A., et al | **Case:** | 3:11cv489 |
| **Serve:** | Johnie R. Muncy<br>c/o Friedman & MacFadyen, P.A.<br>1601 Rolling Hills Dr., Ste. 125<br>Richmond, VA 23229 | **Return Date:**<br>**Time:** | |
| **Contact:** | Dale W. Pittman<br>112 - A West Tabb Street<br><br>Petersburg, VA 23803 | **Phone:** | (804) 861-6000 |

**Type(s) of Writ(s)**                                                                                      paper:1335099

Summons and Complaint

Witness/Defendant Johnie R. Muncy was served according to law, as indicated below:
(X) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _E. L. Tutwiler_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.
**Served Date:** 8-8-11      **Served Time:** 10:09

_____
Signature of Process Server

**Notary**
State of: Virginia                County/City of: Henrico, Norfolk, Prince William.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this _9_ day of Aug/Sep 20 _11_
                                                      Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 243016 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

