IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ADAM MBUNDURE

v.   CASE NO. 3:11CV489

FRIEDMAN & MACFADYEN, P.A., et al.

### ORDER

The parties having voiced no objection to the referral of the above matter to the United States Magistrate, they are deemed to have consented to the same.

The District Court by the undersigned hereby reassigns Case No. 3:11CV489 to United States Magistrate Judge ~~Dennis Dohnals~~ M. Hannah Lauck, for all purposes.

And it is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Date: 10/27/11