**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| John K. Goodrow, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00020-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Michelle McBeth, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00479-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Adam Mbundure, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00489-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Albert C. Ceccone, | : | |
| Plantiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00555-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |

| | | |
|---|---|---|
| Allen Chatter, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00613-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : | |
|     Defendants. | : | |
| Letonya Banks, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00614-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : | |
|     Defendants. | : | |
| Ivery Hicks, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-615-MHL |
| Friedman & MacFadyen, P.A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, And Daniel Menchel, | : | |
|     Defendants. | : | |
| Knorly Smith, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00616-MHL |
| Friedman & MacFadyen, P.A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, And Daniel Menchel, | : | |
|     Defendants. | : | |

| | | |
|---|---|---|
| Peter Crawley, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00617-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| Laurel Buel and Milton Buel, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No: 3:11-cv-00716-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : : | |
| Defendants. | : | |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF
## CONSENT MOTION TO STAY

Plaintiffs have moved pursuant to Fed. Civ. P. 16(c)(2) that the above-styled cases be stayed to permit the Parties the opportunity to engage fully in mediation through a private mediator (under the Court's supervision).

Pursuant to Federal Rules of Civil Procedure 16(c)(2), Plaintiffs in each of the above-styled cases move, with the consent of the Defendants, that the above actions be stayed to permit the Parties the opportunity to engage fully in mediation through a private mediator (under the Court's supervision). The Parties have each consented to jurisdiction of this Court. They share

the objective of establishing an efficient and effective process to attempt mediation of these cases. Only two of the matters are currently past their Rule 16(b) scheduling conference.

A district court has the inherent power to manage its own affairs so as to achieve the orderly and expeditious disposition of cases. *Lewis v. Rawson*,    F.3d   , 2009 WL 1119651, *4 (2d Cir. Apr. 28, 2009) (quoting *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962)).

                                       Respectfully submitted,

                                       /s/
                                      Dale Wood Pittman, VSB#15673
                                      The Law Office of Dale W. Pittman, P.C.
                                      112-A W. Tabb Street
                                      Petersburg, VA 23803
                                      Telephone: (804) 861-6000
                                      Facsimile: (804) 861-3368
                                      E-mail: dale@pittmanlawoffice.com

Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@cox.net

Robin Ann Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: rabbottlaw@msn.com

Gary L. Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Garyabbott9@msn.com

Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail:  kkelly@siplfirm.com

John Chapman Petersen
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: jpetersen@smillaw.com

Matthew James Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

*Counsel for Plaintiffs*

## *CERTIFICATE OF SERVICE*

      I certify that on November 10, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

    Andrew T. Rich, Esquire
    FRIEDMAN & MACFADYEN, P.A.
    Surry Building, Suite 125
    1601 Rolling Hills Drive
    Richmond, Virginia 23229
    trich@fmlaw.com

    Andrew Biondi
    Sands Anderson, PC
    1111 E. Main Street, Suite 2400
    P.O. Box 1998
    Richmond, VA  23219
    E-mail: abiondi@sandsanderson.com

    Douglas Pendleton Rucker, Jr.
    Sands Anderson, PC
    1111 E. Main Street, Suite 2400
    P.O. Box 1998
    Richmond, VA  23218-1998
    E-mail: drucker@sandsanderson.com

    Cullen Dennis Selzer
    Sands Anderson, PC
    1111 E. Main Street, Suite 2400
    P.O. Box 1998
    Richmond, VA  23218-1998
    E-mail: cseltzer@sandsanderson.com

    Counsel for Defendants

                                                    /s/
                                        Dale Wood Pittman, VSB#15673
                                        The Law Office of Dale W. Pittman, P.C.
                                        112-A W. Tabb Street
                                        Petersburg, VA 23803
                                        Telephone: (804) 861-6000
                                        Facsimile: (804) 861-3368
                                        E-mail: dale@pittmanlawoffice.com