# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| John K. Goodrow, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00020-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Michelle McBeth, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00479-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Adam Mbundure, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00489-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |
| Albert C. Ceccone, | : | |
| Plantiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00555-MHL |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |

| | | |
|---|---|---|
| Allen Chatter, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00613-MHL |
| Friedman & MacFadyen, P.A.,<br>F&M Services, L.C. and<br>Johnie R. Muncy, | :<br><br>: | |
| Defendants. | : | |
| Letonya Banks, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00614-MHL |
| Friedman & MacFadyen, P.A.,<br>F&M Services, L.C. and<br>Johnie R. Muncy, | :<br><br>: | |
| Defendants. | : | |
| Ivery Hicks, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-615-MHL |
| Friedman & MacFadyen, P.A.,<br>Miriam S. Fuchs, Jeffrey Huston,<br>James J. Loftus, Kenneth J. MacFadyen,<br>And Daniel Menchel, | :<br><br>:<br><br>: | |
| Defendants. | | |
| Knorly Smith, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00616-MHL |
| Friedman & MacFadyen, P.A.,<br>Miriam S. Fuchs, Jeffrey Huston,<br>James J. Loftus, Kenneth J. MacFadyen,<br>And Daniel Menchel, | :<br><br>:<br><br>: | |
| Defendants. | | |

| | | |
|---|---|---|
| Peter Crawley, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00617-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : : | |
|     Defendants. | : | |
| Laurel Buel and Milton Buel, | | |
|     Plaintiffs, | : | |
| v. | : | Civil Action No: 3:11-cv-00716-MHL |
| Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, | : : | |
|     Defendants. | : | |

## **ORDER CONSOLIDATING CASES AND STAYING COURT PROCEEDINGS**

Upon motion of the Plaintiffs, by counsel, and with the consent of counsel for the Defendants, based on the arguments presented by Plaintiffs in their brief supporting the motions, the Court hereby ORDERS that the above-styled cases be consolidated and that the proceedings in these cases by STAYED, while in mediation.

Having granted the Consent Motion to Stay and Consent Motion to Consolidate, Plaintiffs and Defendants are hereby directed to file in pleading form a written status report with the Court every thirty days informing the Court of the status of the mediation proceeding. The first written status report must be filed no later than December 12, 2011.

The parties are further directed to file in pleading form, by November 17, 2011, a proposed schedule for exchanging (i) data relevant to mediation of these cases, (ii) memoranda concerning pending legal issues, (iii) settlement parameters, and (iv) mediation briefs.

It is so ORDERED.

_____                    _____
Date                                                                                   United State Magistrate Judge